**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **MAYERLIN KATIUSCA PORTOCARRERO by Next Friend LUIS DAVID RODRIGUEZ BRAVO, A#244 851 176,** | § § § § § | |
| **Petitioner,** | § § § | **PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. §2241** |
| **vs.** | § § § | |
| **WARDEN, Karnes County Immigration Processing Center; ET AL.,** | § § § § | **SA-26-CV-001867-FB** |
| **Respondents.** | § § | |

**ORDER DIRECTING SERVICE**
**and ANSWER/RESPONSE**

Before the Court is a 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus filed by Mayerlin Katiusca Portocarrero by next friend, Luis David Rodriguez Bravo. (ECF. No. 1). Petitioner is proceeding *pro se* and paid the filing fee. Petitioner challenges her detention by the U.S. Department of Homeland Security Bureau of Immigration and Customs Enforcement pending removal proceedings.

Accordingly, **IT IS ORDERED** that the U.S. District Clerk: (1) furnish the Office of the U.S. Attorney in San Antonio, Texas, with copies of the Petition (ECF No. 1) and this Order by serving Stephanie Rico, the Civil Process Clerk of the U.S. Attorney's Office, and that such delivery by certified mail return receipt requested constitute sufficient service of process on Respondent Benjamine Huffman, Acting Secretary of the Department of Homeland Security; and (2) serve Respondent, Warden of the Karnes County Immigration Processing Center by certified mail return receipt requested at the following address:

Karnes County Immigration Processing Center
409 FM 1144
Karnes City, TX    78118.

Additionally, **IT IS ORDERED** that Respondents file an answer or response to the Petition **within thirty (30) days from the date of service**.

**IT IS SO ORDERED**.

**SIGNED** this 25th day of March, 2026.

_____
FRED  BIERY
UNITED STATES DISTRICT JUDGE